IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.: **25-mj-00224 ZMF** |
| JONATHAN McCRIMMON | * |
| **Defendant** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE OF CO-COUNSEL

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as **co-counsel** in this case for Jonathan McCrimmon (defendant).

I certify that I am admitted to practice in this court.

September 22, 2025

/s/
_____
Adam Christopher Demetriou
Brennan, McKenna & Lawlor, Chtd.
Bar Number 172451
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301-474-0044 (telephone number)
301-474-5730 (facsimile number)
ademetriou@brennanmckenna.com